# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

    At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 15th day of December, two thousand twenty-three.

Before:      Joseph F. Bianco,
                  *Circuit Judge,*

---

Chani Scheff, individually and as Parent and Natural Guardian of A.S.,

    Plaintiff - Appellant,

v.

David C. Banks, in his official capacity as Chancellor of New York City Department of Education, New York City Department of Education,

    Defendants - Appellees.

**ORDER**

Docket No. 23-1006

---

    The parties filed a stipulation pursuant to Local Rule 42.1 to withdraw this case without prejudice to reinstatement by December 29, 2023.

    The stipulation is SO ORDERED.

                                For the Court:

                                Catherine O'Hagan Wolfe,
                                Clerk of Court