# UNITED STATES COURT OF APPEALS
# FOR THE
# SECOND CIRCUIT

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 29th day of December, two thousand and 2023,

Chani Scheff

v.

David C. Banks and N.Y.C. DOE

**STIPULATION**
Docket Number: 23-1006

The undersigned counsel for the parties stipulate that the above-captioned case is withdrawn without costs or attorneys' fees and pursuant to Local Rule 42.1. Appellant may reinstate the case by filing written notice with the Clerk, and serving such notice upon the undersigned appellee, by 1/12/24. The time, if any, tolled under LR 31.2 begins to run again from the date of appellant's reinstatement notice to the Clerk.

If not timely reinstated, the appeal shall be mandated pursuant to FRAP 41.

Date: December 29, 23

*(signature)*
Attorney for Appellant

Rory J. Bellantoni, Brain Injury Rights Group
Print Name and Firm

Date: 12/29/23

*(signature)*
Attorney for Appellee

Lorenzo DiSilvio, NYC Law Dep't
Print Name and Firm