# UNITED STATES COURT OF APPEALS
## FOR THE
## SECOND CIRCUIT

_____

At a Stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, 40 Foley Square, in the City of New York, on the 12th day of February, two thousand twenty-four,

_____

| | |
|---|---|
| Chani Scheff, individually and as Parent and Natural Guardian of A.S., | **ORDER** <br> Docket No. 23-1006 |
|        Plaintiff - Appellant, | |
| v. | |
| David C. Banks, in his official capacity as Chancellor of New York City Department of Education, New York City Department of Education, | |
|        Defendants - Appellees. | |

_____

This appeal was withdrawn subject to reinstatement upon terms agreed to by the parties.

Counsel for the Appellant has submitted a timely notice of reinstatement.

IT IS HEREBY ORDERED that the appeal is reinstated.

For The Court:
Catherine O'Hagan Wolfe,
Clerk of Court